394 A.2d 624

McElroy v. McElroy, Appellant.

Argued June 16, 1978.   H. Davidson, with him Kenneth E. Aaron, for appellant;  Pershing N. Calabro, for appellee.

Decree affirmed.

VAN der VOORT, J., did not participate in the consideration or decision of this case.